JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON WALKER,** <br><br> Plaintiff, <br><br> v. <br><br> **NAVARRETTE, et al.,** <br><br> Defendants. | Case No. 2:16-cv-01334 PA (AGR) <br><br> **ORDER** |

In accordance with Federal Rule of Civil Procedure 41(a)(l)(A)(ii), and pursuant to the stipulation of the parties, this action is **DISMISSED WITH PREJUDICE**. Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action. The mediator shall retain jurisdiction for the sole purpose of enforcement of the terms of the settlement agreement between the parties.

**IT IS SO ORDERED.**

Dated: December 27, 2016

_____
The Honorable Percy Anderson
United States District Judge

1